UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEROME L. GRIMES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-1933-X-BH |
| | § | |
| SANTANDER CONSUMER USA, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. 18]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's motion to dismiss [Doc. 12] is **GRANTED IN PART AND DENIED IN PART**, and Plaintiff's FDCPA and TILA claims are **DISMISSED WITH PREJUDICE**. Plaintiff's federal law claims for violations of the FCRA, the Sixth Amendment, and other "Civil Rights Acts against Discrimination in the Rights to Education," and his state law claims for defamation, breach of contract, negligence, vicarious liability, negligent supervision, and fraud and misrepresentation remain pending.

1

**IT IS SO ORDERED** this 5th day of August, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE